IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSEPH CHOP, )
    Plaintiff, )
)
vs. ) Civil Action No. 10-290
)
COMMISSIONER OF SOCIAL )
SECURITY, )
    Defendant. )

ORDER

AND NOW, this 22nd day of September, 2010, after the plaintiff, Joseph Chop, filed an action in the above-captioned case seeking review of the Social Security Commissioner's final determination disallowing his claim for a period of disability or for disability insurance benefits and supplemental security income benefits, and after cross motions for summary judgment were submitted by the parties, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that plaintiff's motion for summary judgment (Docket No. 11) is denied.

IT IS ORDERED that defendant's motion for summary judgment (Docket No. 13) is granted and the decision of the Social Security Commissioner is affirmed.

                                                  _/s/ Gustave Diamond_
                                                 Gustave Diamond
                                                 United States District Judge